United States District Court
Southern District of Texas
**ENTERED**
September 10, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| JOSE RODRIGO GALLARDO § | |
| § | CIVIL ACTION NO. 7:24-CV-261 |
| VS. § | |
| § | CRIMINAL ACTION NO. 7:21-CR-1329-1 |
| UNITED STATES OF AMERICA § | |
| § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court has reviewed the Magistrate Judge's Report and Recommendation regarding Movant's 28 U.S.C. § 2255 motion to vacate, set aside, or correct sentence. After having reviewed the said Report and Recommendation, and after appropriate review of Movant's objections thereto, the Court is of the opinion that the conclusions in said Report and Recommendation should be adopted by this Court.

It is, therefore, ORDERED, ADJUDGED, and DECREED that the conclusions in United States Magistrate Judge J. Scott Hacker's Report and Recommendation entered as Docket Entry Number 4 are hereby adopted by this Court.

The Clerk shall send a copy of this Order to the parties.

SO ORDERED September 9, 2025, at McAllen, Texas.

Randy Crane
Chief United States District Judge